UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                               Case No: 19-25814 JKO

ROSIE RANCHER SMITH                     Chapter 13
            Debtor      /

**DEBTOR'S MOTION TO PAY 5% INTEREST ON PRIORITY CLAIM HELD BY THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

      The Debtor, ROSIE RANCHER SMITH, by and through undersigned counsel, files this Motion to Pay 5% Interest on Priority Claim held by the Department of the Treasury – Internal Revenue Service and states the following:

1. On November 23, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. At the time of filing the Debtor had a liability with the Department of the Treasury – Internal Revenue Service ("Internal Revenue Service") for the 2016, 2017 and 2018 tax periods.

3. The Debtor wishes to pay the 5% interest to the Internal Revenue Service within the plan as this non-dischargeable debt may severely hamper her ability to effectually reorganize and jeopardizes her fresh start should the increase not be permitted.

4. The Internal Revenue Service takes the legal position that the interest accrues at a rate of 5% as designated by the new IRS Standards, as of July 1, 2018.

5. In the event that the Internal Revenue Service amends their claim, the Debtor retains her right to either: file a Motion to Amend the Order on the instant Motion; file a Motion to Modify Plan in order to adjust the amount accordingly; or to file an Objection to the Amended Proof of Claim.

**WHEREFORE**, the Debtor requests the entry of an Order allowing her to pay the Department of the Treasury – Internal Revenue Service a 5% interest on the priority amount due for the 2016, 2017 and 2018 tax periods through the Chapter 13 plan and further relief as this Court deems just and proper.

Respectfully submitted on this 21st day of January, 2020

        **VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500