UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No: 19-25814-PGH
                                                                                        Chapter 13

ROSIE RANCHER SMITH
_____Debtor_____/

## OBJECTION TO CLAIM #6 FILED BY CITY OF HOLLYWOOD

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B) (2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6 | City of Hollywood | $90.58 | On or about December 11, 2019, the Claimant filed a secured proof of claim in the amount of $90.58 for utility services. The Debtor's regular payment is current and the Debtor will continue making direct payments to the Claimant. Therefore, the claim should be allowed, but receive no distribution from the Chapter 13 Trustee through the Plan. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted this 17th day of February, 2020.

LF-70 (rev. 12/01/09)

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500

LF-70 (rev. 12/01/09)